766 A.2d 346

EXTENDED CARE CENTERS, INC., d/b/a Lake Erie Institute of Rehabilitation, a Pennsylvania Corporation

v.

COUNTY OF ERIE, City of Erie, School District of the City of Erie, Board of Assessment Appeals of the County of Erie, Lakeside Health Corporation, d/b/a Great Lakes Rehabilitation Hospital, a Pennsylvania Corporation

v.

County of Erie, City of Erie, School District of the City of Erie, Board of Assessment Appeals of the County of Erie

Petition of School District of the City of Erie.

Supreme Court of Pennsylvania.

Feb. 21, 2001.

## ORDER

PER CURIAM:

AND NOW, this 21st day of February, 2001, the Petition for Allowance of Appeal is hereby GRANTED, the decision of the Commonwealth Court is VACATED, and the case is RE-MANDED to the Commonwealth Court for consideration in light of *Lincoln Phila. Realty Associates I v. Board of Revision of Taxes of Phila.*, 563 Pa. 189, 758 A.2d 1178 (2000).